# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Yijia Zhang<br>*Defendant* | )<br>)<br>) Case No.   3:12-MJ-71069-JSC<br>)<br>) Charging District's<br>) Case No.   Criminal No. 12-498 LDD |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Eastern   District of   PA (Philadelphia)  .

The defendant may need an interpreter for this language:  NA                                    .

The defendant:    X  will retain an attorney.

                  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    Oct 9, 2012

*Judge's signature*

U.S. Magistrate Judge Joseph C. Spero
*Printed name and title*

FILED

OCT X 9 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>YIJIA ZHANG<br>#ULV007<br>Glenn E. Dyer County Prison<br>550 6th Street<br>Oakland, CA 94607 | : DATE NOTICE MAILED: <u>October 10, 2012</u><br>:<br>: CRIMINAL NO. <u>12-498</u> |

## NOTICE OF ARRAIGNMENT

1. TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment is enclosed.

2. The United States Marshal will make arrangements to have you present before Magistrate Judge Timothy R. Rice for an:

   [X] ARRAIGNMENT at 10:30 a.m. on Thursday, November 1, 2012, in Courtroom No. 5-A, 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

4. Please consult with your attorney before the above date. **NOTE**: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. If you want an attorney to be appointed for you, contact the office of the Defender Association, **Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania 19106, 215-928-1100**. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

[No] Interpreter Required

This case has been assigned to **Judge** <u>Davis</u>
For information, communicate with
**Courtroom Deputy** <u>Donna Croce</u>
Telephone No. <u>267-299-7659</u>
NOTICE TO: Magistrate Judge Rice
Defendant
Defender Association
United States Attorney - Michael Levy
United States Marshal
Pretrial Services
Larry Bowman

arrnotcust.frm
Cr. 11 (rev 10/2007)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date Notice Mailed: October 10, 2012

COPY TO:
U.S. Magistrate Judge (via e-mail)
U.S. Attorney (via e-mail)
U.S. Marshal (via e-mail)
Pretrial Services Agency (via e-mail)
Def. Assoc. (if no counsel) (via fax)
Larry Bowman

CRIMINAL CASES FOR ARRAIGNMENT BEFORE MAGISTRATE JUDGE Timothy R. Rice    ASSIGNED TO JUDGE LEGROME D. DAVIS

November 1, 2012         1:30 P.M.               Magistrate Courtroom #5-A, 5th Floor
Date                     Time

| FILE NO. | DEFENDANT(S) (if in custody show Federal or State) | BAIL (fixed or posted) | CHARGE | COUNT(S) (list each count deft. charged in) | COUNSEL |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 12-498 | Yijia Zhang #ULV007 Glenn E. Dyer County Prison 550 ^th Street Oakland, CA 94607  Writ done by Judge Davis' chambers. Notice of removal done by Judge Spero's chambers in Northern District of California | Defendant's bail was increased to $1,000,000 cash by Judge Davis via video hearing on 10/9/12. | 18:1030(a)(5)(A)and ( c)(4)(A(i)(I) Unauthorized Damage to a Protected Computer | 1 | A. USA Michael Levy Nina Spizer, Esq. |
|  |  |  | 18:2314 Interstate Transportation of Stolen Property | 2 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# No  INTERPRETER REQUIRED

Date of Trial: to be set by Judge Davis' chambers

**GUILTY OR NOLO CONTENDRE PLEAS (Rule 50(b)), Chapter III, §4(e)**
Refer immediately to assigned Judge for entry of plea; or if the assigned Judge is unavailable, to the Emergency Judge for entry of plea and ordering of Presentence Report.

Cr. 6(rev. 8/97)